# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PETER E. LANDER, §
§
          Plaintiff, §    CIVIL ACTION NO. 4:25-CV-00509-ALM-AGD
v. §
§
FAIRWAYS OF RIDGEVIEW §
RESIDENTIAL ASSOCIATION, INC., ET §
AL., §
§
          Defendants. §

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2025, the Magistrate Judge entered a Report (Dkt. #5) recommending that *pro se* Plaintiff Peter E. Lander's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #3) be denied. On May 23, 2025, Plaintiff filed an objection to the Report (Dkt. #10).

Accordingly, having received the Report of the Magistrate Judge, Plaintiff's objection (Dkt. #10), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Peter E. Lander's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #3) is **DENIED**.

**IT IS SO ORDERED.**

 **SIGNED this 23rd day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE